**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MARVIN E. TAYLOR, #01990377 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00592-SDJ-AGD |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2026, the Report of the Magistrate Judge, (Dkt. #47), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as time-barred and that this case be dismissed with prejudice. Petitioner filed objections (Dkt. #50).

Petitioner complains that the Report did not address the merits of his claims. Because the Court finds that the Magistrate Judge correctly determined the petition was not timely filed, the Court finds that the Magistrate Judge properly recommended dismissal of the petition without reaching the merits of the claims. Petitioner also reurges his tolling arguments raised in his prior pleadings. The Court has reviewed the tendered objections, and they generally add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for

the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 4th day of September, 2026.**



SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE